JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
INTL FCSTONE MARKETS, LLC.

DEFENDANTS
INTERCAMBIO MEXICANO de COMERCIO
S.A. de C.V.

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Livoti, Bernstein & Moraco, P.C. 122 East 42nd Street (17th Fl)
New York NY 10168 212-551-1164

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
28 USC 1332(a)(2) and 28 USC 1391(b)(3) Action by US Entity against corporation organized under Mexican law.

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [x] Yes □   Judge Previously Assigned

If yes, was this case   Vol. □  Invol. □     Dismissed. No □  Yes □   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?   No [x]   Yes □

## NATURE OF SUIT

(PLACE AN [x] IN ONE BOX ONLY)

TORTS                                                                                         ACTIONS UNDER STATUTES

CONTRACT          PERSONAL INJURY    PERSONAL INJURY    FORFEITURE/PENALTY    BANKRUPTCY    OTHER STATUTES

[ ] 110 INSURANCE          [ ] 310 AIRPLANE          [ ] 367 HEALTHCARE/        [ ] 625 DRUG RELATED    [ ] 422 APPEAL          [ ] 375 FALSE CLAIMS
[ ] 120 MARINE             [ ] 315 AIRPLANE PRODUCT      PHARMACEUTICAL PERSONAL   SEIZURE OF PROPERTY      28 USC 158           [ ] 376 QUI TAM
[ ] 130 MILLER ACT             LIABILITY                 INJURY/PRODUCT LIABILITY  21 USC 881            [ ] 423 WITHDRAWAL      [ ] 400 STATE
[ ] 140 NEGOTIABLE         [ ] 320 ASSAULT, LIBEL &  [ ] 365 PERSONAL INJURY   [ ] 690 OTHER                 28 USC 157             REAPPORTIONMENT
    INSTRUMENT                 SLANDER                   PRODUCT LIABILITY                                                       [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF        [ ] 330 FEDERAL           [ ] 368 ASBESTOS PERSONAL                          PROPERTY RIGHTS          [ ] 430 BANKS & BANKING
    OVERPAYMENT &              EMPLOYERS'                INJURY PRODUCT                                                          [ ] 450 COMMERCE
    ENFORCEMENT                LIABILITY                 LIABILITY                                      [ ] 820 COPYRIGHTS       [ ] 460 DEPORTATION
    OF JUDGMENT            [ ] 340 MARINE                                                               [ ] 830 PATENT           [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT       [ ] 345 MARINE PRODUCT       PERSONAL PROPERTY                              [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION  ENCED & CORRUPT
[ ] 152 RECOVERY OF            LIABILITY                                                                                             ORGANIZATION ACT
    DEFAULTED              [ ] 350 MOTOR VEHICLE    [ ] 370 OTHER FRAUD                                 [ ] 840 TRADEMARK             (RICO)
    STUDENT LOANS          [ ] 355 MOTOR VEHICLE    [ ] 371 TRUTH IN LENDING                                                     [ ] 480 CONSUMER CREDIT
    (EXCL VETERANS)            PRODUCT LIABILITY                                                        SOCIAL SECURITY          [ ] 490 CABLE/SATELLITE TV
[ ] 153 RECOVERY OF        [ ] 360 OTHER PERSONAL                                                                                
    OVERPAYMENT                INJURY               [ ] 380 OTHER PERSONAL                              [ ] 861 HIA (1395ff)     [ ] 850 SECURITIES/
    OF VETERAN'S           [ ] 362 PERSONAL INJURY -    PROPERTY DAMAGE                                 [ ] 862 BLACK LUNG (923)     COMMODITIES/
    BENEFITS                   MED MALPRACTICE      [ ] 385 PROPERTY DAMAGE                             [ ] 863 DIWC/DIWW (405(g))   EXCHANGE
[ ] 160 STOCKHOLDERS                                     PRODUCT LIABILITY                              [ ] 864 SSID TITLE XVI   
    SUITS                                                                       LABOR                   [ ] 865 RSI (405(g))     
[x] 190 OTHER                                        PRISONER PETITIONS                                                          [ ] 890 OTHER STATUTORY
    CONTRACT                                                                    [ ] 710 FAIR LABOR                                   ACTIONS
[ ] 195 CONTRACT                                     [ ] 463 ALIEN DETAINEE         STANDARDS ACT       FEDERAL TAX SUITS        [ ] 891 AGRICULTURAL ACTS
    PRODUCT                                          [ ] 510 MOTIONS TO          [ ] 720 LABOR/MGMT                              
    LIABILITY                                            VACATE SENTENCE             RELATIONS          [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196 FRANCHISE            ACTIONS UNDER STATUTES      28 USC 2255              [ ] 740 RAILWAY LABOR ACT   Defendant)        [ ] 893 ENVIRONMENTAL
                                                     [ ] 530 HABEAS CORPUS       [ ] 751 FAMILY MEDICAL [ ] 871 IRS-THIRD PARTY      MATTERS
REAL PROPERTY               CIVIL RIGHTS             [ ] 535 DEATH PENALTY            LEAVE ACT (FMLA)       26 USC 7609         [ ] 895 FREEDOM OF
                                                     [ ] 540 MANDAMUS & OTHER    [ ] 790 OTHER LABOR                                 INFORMATION ACT
[ ] 210 LAND                [ ] 440 OTHER CIVIL RIGHTS                               LITIGATION                                  [ ] 896 ARBITRATION
    CONDEMNATION                (Non-Prisoner)       PRISONER CIVIL RIGHTS       [ ] 791 EMPL RET INC                            [ ] 899 ADMINISTRATIVE
[ ] 220 FORECLOSURE         [ ] 441 VOTING                                           SECURITY ACT (ERISA)                            PROCEDURE ACT/REVIEW OR
[ ] 230 RENT LEASE &        [ ] 442 EMPLOYMENT       [ ] 550 CIVIL RIGHTS                                                            APPEAL OF AGENCY DECISION
    EJECTMENT               [ ] 443 HOUSING/         [ ] 555 PRISON CONDITION    IMMIGRATION                                     [ ] 950 CONSTITUTIONALITY OF
[ ] 240 TORTS TO LAND           ACCOMMODATIONS       [ ] 560 CIVIL DETAINEE                                                          STATE STATUTES
[ ] 245 TORT PRODUCT        [ ] 445 AMERICANS WITH       CONDITIONS OF CONFINEMENT [ ] 462 NATURALIZATION
    LIABILITY                   DISABILITIES -                                       APPLICATION
[ ] 290 ALL OTHER               EMPLOYMENT                                       [ ] 465 OTHER IMMIGRATION
    REAL PROPERTY           [ ] 446 AMERICANS WITH                                   ACTIONS
                                DISABILITIES -OTHER
                            [ ] 448 EDUCATION

Check if demanded in complaint:

□ CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DEMAND $ 494,500.50   OTHER legal fees     JUDGE _____   DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND:  □ YES  □ NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

(PLACE AN x IN ONE BOX ONLY)    **ORIGIN**

[x] 1 Original Proceeding  
[ ] 2 Removed from State Court  
[ ] 3 Remanded from Appellate Court  
[ ] a. all parties represented  
[ ] b. At least one party is pro se.  
[ ] 4 Reinstated or Reopened  
[ ] 5 Transferred from (Specify District)  
[ ] 6 Multidistrict Litigation (Transferred)  
[ ] 7 Appeal to District Judge from Magistrate Judge  
[ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)    **BASIS OF JURISDICTION**    *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   [x] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [x]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [x]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)  
c/o INTL FCSTONE INC. 230 LaSalle Street ( Suite 10-500) Chicago ,IL 60604

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)  
Boulevard Carlos J Pinero #9 Corral Falso, Emillano Zapata, Vera Cruz, 91636 Mexico

DEFENDANT(S) ADDRESS UNKNOWN  
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**  
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [x] MANHATTAN

DATE 2/5/18   SIGNATURE OF ATTORNEY OF RECORD  
ADMITTED TO PRACTICE IN THIS DISTRICT  
[ ] NO  
[x] YES (DATE ADMITTED Mo. April Yr. 1973 )  
Attorney Bar Code #

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Clear Form    Save    Print