

NEW YORK:

45 Broadway
32nd Floor
New York, NY 10006

P (212) 221-6900
F (212) 221-6989
mellen.s@wssllp.com

May 13, 2020

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

      Re: INTL FCStone Markets, LLC v. IMCO
         Case No. 18-cv-01004-AKH

Dear Judge Hellerstein:

  We represent Plaintiff, INTL FCStone Markets, LLC, in connection with the captioned matter. This correspondence is sent with the concurrence of Defendant's counsel as well.

  This case is currently scheduled for an initial pretrial conference on May 15, 2020 at 10:00 a.m., pursuant to this Court's order dated March 31, 2020. Since many of the state and federal courts located in New York City are currently conducting remote proceedings due to the ongoing covid-19 situation, counsel wished to jointly inquire whether it is the Court's intention to hold this Friday's conference remotely. In light of present health concerns, it is the preference of both counsel to appear remotely, if the Court is conducting its proceedings in this manner.

  We greatly appreciate the Court's guidance with respect to this matter.

           Respectfully submitted,

              /s/

           Steven E. Mellen

cc: Dennis A. Grossman, Esq. (via ECF)