UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
INTL FCSTONE MARKETS, LLC,

                        Plaintiff,

   -against-

INTERCAMBIO MEXICANO DE COMERCIO
S.A. DE C.V.,

                        Defendant.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

18 Civ. 1004 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On December 18, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, the case management plan is hereby vacated. Parties shall file their respective motions for judgment on the pleadings by January 21, 2021. Oppositions shall be due on February 5, 2021, and replies shall be filed by February 15, 2021. These dates are not adjournable.

        SO ORDERED.

Dated:    December 21, 2020       _____/s/_____
             New York, New York         ALVIN K. HELLERSTEIN
                                              United States District Judge