**Dennis Grossman**
**Attorney At Law**
**10 Bond Street (#600)**
**Great Neck, New York 11021**
**(516) 466-6690**

SO ORDERED.

/s/ Alvin K. Hellerstein
November 24, 2021

November 23, 2021

Honorable Alvin K. Hellerstein
United States District Court
500 Pearl Street
New York, New York 10007

Re:  INTL FCSTONE MARKETS LLC v. INTERCAMBIO MEXICANO
de COMERCIO S.A. de C.V. (case no. 18-CV-1004-AKH)

Dear Judge Hellerstein:

My office represents defendant INTERCAMBIO MEXICANO de COMERCIO S.A. de C.V. ("IMCO") in this action, and is of counsel to Fischer & Burstein, P.C.

With the consent of plaintiff's counsel, defendant IMCO respectfully requests a short 4-day extension of time, from Monday November 29, 2021 to Friday December 3, 2021, to file the amended pleading authorized in Your Honor's Order and Opinion of Nov. 15, 2021 (ECF 79 pp.11-12). This extension is necessary because of the short work week and Thanksgiving Holiday and the location of our client in Mexico. Following entry of Your Honor's Order and Opinion (ECF 79), defendant has not made any other requests for an extension of time. There is no prejudice to plaintiff (plaintiff consents), and the requested extension of time would not impact any other Court dates. The next Court appearance is set for December 10, 2021 at 10:00 AM at a Court-ordered Case Management Conference (ECF 79 p.12).

For the foregoing reasons, and with the consent of plaintiff's counsel, defendant IMCO respectfully requests a 4-day extension of time, from Monday Nov. 29, 2021 to Friday Dec. 3, 2021, to file the amended pleading authorized in Your Honor's Nov. 15, 2021 Order and Opinion.

Respectfully,

*Dennis Grossman*

Dennis Grossman

cc:   Steven Mellen, Esq. (by ECF)