UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                         :
INTL FCStone Markets, LLC,                  :
                                                         :     **ORDER**
                                   Plaintiff,    :
    v.                                                   :     18-cv-1004 (AKH)
                                                         :
Intercambio Mexicano de Comercio S.A. de C.V.,   :
                                                         :
                                   Defendant.   :
                                                         :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A conference between the parties was held today. The Plaintiff's Motion to Compel Compliance with Order and to Compel Pertinent Discovery was discussed and denied. All information requested was irrelevant.

      A schedule was agreed to regarding Motions for Summary Judgement. The initial motion is due by 11/03/23. The opposition is due by 11/28/23. The movant's reply is due by 12/08/23. The dates apply to either party seeking summary judgement.

      The parties have also agreed not to adjourn these dates.

      SO ORDERED.

Dated:     October 4, 2023                                  /s/ Alvin K. Hellerstein
             New York, New York                      ALVIN K. HELLERSTEIN
                                                              United States District Judge