UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INTL FCSTONE MARKETS, LLC,

                Plaintiff,

      -against-

INTERCAMBIO MEXICANO de COMERCIO
S.A. de C.V.,

                Defendant.
-----------------------------------------------------------------X

Case No. 18-cv-1004-AKH

**FINAL JUDGMENT**

This matter having come before the Court through the motion for summary judgment [ECF No. 132] filed by Plaintiff StoneX Markets, L.L.C., formerly known as INTL FCStone Markets, L.L.C., which requested entry of judgment in favor of Plaintiff and against Defendant Intercambio Mexicano de Comercio S.A. de C.V., pursuant to Plaintiff's Second Amended Complaint [ECF No. 68]; and upon the motion for summary judgment [ECF No. 141] filed by Defendant Intercambio Mexicano de Comercio S.A. de C.V.;

AND, FURTHER, this Court having reviewed the pleadings, briefs, evidence and all other submissions offered and made by both Plaintiff and Defendant; this Court having heard and considered all arguments made by both Plaintiff and Defendant in court on August 14, 2024; and this Court having granted Plaintiff's motion for summary judgment and denied Defendant's motion for summary judgment on August 14, 2024 for the reasons stated on the record;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Final judgment is hereby entered in favor of Plaintiff STONEX MARKETS, L.L.C., formerly known as INTL FCSTONE MARKETS, L.L.C., and against Defendant INTERCAMBIO MEXICANO DE COMERCIO S.A. DE C.V., in the amount of $708,801.56, representing

compensatory damages in the amount of $494,500.50 plus $214,301.86 in pre-judgment interest, each pursuant to contract.

2. Plaintiff is also granted its taxable costs and disbursements of this action, to the extent permitted by law and the Rules of this Court, in the amount determined by the Clerk of Court.

3. This judgment fully and finally resolves all causes of actions, claims and counterclaims with respect to all parties to this action.

4. This judgment is final, appealable and enforceable.

Dated:   August __, 2024
         New York, New York

                                          /s/ Alvin K. Hellerstein
                                          ALVIN K. HELLERSTEIN
                                          United States District Judge