UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
INTL FCSTONE MARKETS, LLC,                               :
                                                         :     **ORDER DENYING**
                                     Plaintiff,          :     **DEFENDANT'S MOTION FOR**
          v.                                             :     **ENTRY OF AN AMENDED**
                                                         :     **JUDGMENT**
INTERCAMBIO MEXICANO DE COMERCIA                         :
S.A. de C.V.,                                            :     18 Civ. 1004 (AKH)
                                                         :
                                     Defendant.          :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant Intercambio Mexicano de Comercia S.A. de C.V. filed a motion for entry of an Amended Judgment under Fed. R. Civ. P. 59(e) requesting I grant its motion for summary judgment, which I previously denied.

      "Although Rule 59(e) does not prescribe specific grounds for granting a motion to alter" or amend a judgment, the Second Circuit has held "that district courts may alter or amend judgment to correct a clear error of law or prevent manifest injustice." *Munafo v. Metro. Transp. Auth.*, 381 F.3d 99, 105 (2d Cir. 2004) (citation omitted). "A Rule 59(e) motion, however, 'may not be used to relitigate old matters, or raise arguments . . . that could have been raised prior to the entry of judgment.'" *Bonded Concrete, Inc. v. D.A. Collins Const. Co.*, 29 F. App'x 725, 726 (2d Cir. 2002) (quoting Arthur R. Miller, et al., *Fed. Practice & Procedure* § 2810.1 at 127-28 (2d ed. 1995).

      Here, Defendant's motion merely repeats the same arguments it previously raised, *see* ECF Nos. 141, 149, 151, Oral Arg. Tr. at 10-38, before I denied Defendant's cross-motion for summary judgment and entered final judgment in favor of Plaintiff.

Accordingly, Defendant's instant Rule 59(e) motion is denied. The Clerk of Court is directed to terminate ECF No. 158.

SO ORDERED.

Dated: October 28, 2024
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge